UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS RODRIGUEZ,<br><br>             Plaintiff,<br><br>      v.<br><br>KELLY SANTORO, *Warden at North Kern State Prison*,<br><br>             Defendant. | Case No.  1:21-cv-01263-HBK<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* **WITHOUT PREJUDICE**<br><br>(Doc. No.  2)<br><br>30-DAY DEADLINE<br><br>ORDER DIRECTING CLERK OF COURT TO PROVIDE PLAINTIFF WITH NON-PRISONER IFP APPLICATION FORM |

Plaintiff Santos Rodriguez, a former prisoner, initiated this action by filing a *pro se* complaint pursuant to 42 U.S.C. § 1983 on August 19, 2021.  (Doc. No. 1).  Plaintiff concurrently moved to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915.  (Doc. No. 2).  Plaintiff submitted the IFP application form reserved for current prisoners.  (Doc. No. 2).  Because Plaintiff is no longer incarcerated, he is required to use the IFP Application Form for non-prisoners in order that the Court may properly assess his indigency.  The Court therefore will deny Plaintiff's IFP motion without prejudice to Plaintiff filing a completed IFP Application Form for non-prisoners (AO 240).[1]

---

[1] The form is available on the court's website http://www.caed.uscourts.gov/caednew/index.cfm/forms/civil/.

Accordingly, it is **ORDERED:**

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED without prejudice.
2. The Clerk of Court is directed to send *pro se* Plaintiff a copy of the IFP Application Form for non-prisoners (AO 240).
3. Within thirty days from the date of this Order, Plaintiff shall either pay the $402.00 filing fee or file the enclosed IFP Application Form for non-prisoners should he wish to proceed *in forma pauperis*.
4. Plaintiff's failure to timely comply with this Order will result in the Court recommending this matter's dismissal.

Dated:   August 23, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE