UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS RODRIGUEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>KELLY SANTORO, *Warden at North Kern State Prison*,<br><br>            Defendant. | Case No.  1:21-cv-01263-HBK<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No.  5) |

Plaintiff Santos Rodriguez initiated this action by filing a *pro se* 42 U.S.C. § 1983 complaint on August 19, 2021.  (Doc. No. 1).  Plaintiff submitted a declaration regarding his financial circumstances and seeks to proceed in this action *in forma pauperis.* (Doc. No. 5).  That declaration satisfies the requirements under § 1915.  The Court will screed plaintiff's complaint in due course before directing service.

Accordingly, it is hereby **ORDERED**:

Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 5) is **GRANTED.**

Dated:   September 7, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE