UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS RODRIGUEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>KELLY SANTORO, *Warden at North Kern State Prison*,<br><br>        Defendant. | Case No. 1:21-cv-01263-HBK<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR MISCELLANEOUS RELIEF<br><br>(Doc. No. 8) |

      Pending before the Court is Plaintiff's letter pleading construed as a motion filed November 2, 2021.  (Doc. No. 8).  Plaintiff Santos Rodriguez, who identifies himself as a former state prisoner,[1] initiated this action by filing a *pro se* "Civil Rights Complaint by a Prisoner" form under to 42 U.S.C. § 1983 on August 19, 2021.  (Doc. No. 1).   Plaintiff is proceeding *in forma pauperis* in this action.  (Doc. No. 7).  The construed motion reads in full: "To the Judge would it be possible to have my case heard as this technology continues to torment me day and night. Please."  (Doc. No. 8).

      Title 28 USC § 1915(e)(2)(A), (B) requires the court to screen a complaint before service upon any defendant if the plaintiff is proceeding *in forma pauperis*.  This Court has "one of the

---

[1] According to the address listed by Plaintiff, he is not longer incarcerated, although he complains about events that allegedly occurred while he was incarcerated at various institutions.

heaviest caseloads in the nation," and due to unfilled judicial vacancies, which is further exacerbated by the Covid-19 pandemic, operates under a declared judicial emergency. *See* Amended Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California. Plaintiff's complaint was filed fewer than three months ago. The Court will screen Plaintiff's Complaint as expeditiously as possible considering its docket. This order effectively grants Plaintiff's motion to the extent the court acknowledges Plaintiff's complaint is pending and requires screening. Plaintiff should note any future motions seeking to have this case expedited will have the opposite effect as the court will be forced to divert its attention from screening to addressing such motions. Any future pleadings requesting relief from the Court must comport with basic pleading requirements and properly be titled as a "motion" and shall "state with particularity the grounds for seeking the order." Fed. R. Civ. P. 7(b).

Accordingly, it is ORDERED:

Plaintiff's motion seeking miscellaneous relief (Doc. No. 8) is GRANTED to the extent the court will screen Plaintiff's complaint in due course.

Dated:     November 4, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE