1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  SANTOS RODRIGUEZ,                    No. 1:21-cv-1263-NONE-HBK

12              Plaintiff,                ORDER ADOPTING FINDINGS AND
                                          RECOMMENDATIONS
13       v.
                                          (Doc. No. 11)
14  KELLY SANTORO,

15              Defendant.

16

17       Plaintiff Santos Rodriguez, proceeding *pro se*, filed an initial complaint in this action on

18  May 26, 2021. (Doc. No. 1). The matter was referred to the assigned United States magistrate

19  judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

20       On December 8, 2021, the assigned magistrate judge issued findings and

21  recommendations that the district court dismiss the complaint for lack of subject matter

22  jurisdiction or, in the alternative, for failure to state a claim under 28 U.S.C. § 1915. (Doc. No.

23  11). The findings and recommendations served on plaintiff contained notice that objections were

24  due within fourteen days. (*Id.* at 4). Plaintiff did not file an objection. (*See* docket).

25       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a

26  *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings

27  and recommendations to be supported by the record and by proper analysis.

28  /////

**ORDER**

1. The findings and recommendations issued on December 8, 2021 (Doc. No. 11) are adopted in full.

2. The Clerk of Court shall enter judgment accordingly, assign a district judge to this matter for the purposes of closure and then and close this case.

IT IS SO ORDERED.

Dated:   **January 5, 2022**                                 *Dale A. Drozd*
                                                                                        UNITED STATES DISTRICT JUDGE